No. 93–7786.  WOOTEN v. ELLINGSWORTH ET AL.  C. A. 3d Cir. Certiorari denied.

No. 93–7787.  STEWART v. HARGETT, SUPERINTENDENT, MISSISSIPPI STATE PENITENTIARY.  C. A. 5th Cir.  Certiorari denied.

No. 93–7788.  HOFFMAN v. UNITED STATES.  C. A. 8th Cir. Certiorari denied.

No. 93–7793.  SCOTT v. LUSTER, WARDEN.  C. A. 9th Cir. Certiorari denied.

No. 93–7796.  CAMPBELL v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 93–7797.  DAVIS v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 93–7798.  SAMMONS v. UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 93–7801.  RICHARDSON v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 93–7802.  RUVALCABA v. UNITED STATES.  C. A. 8th Cir. Certiorari denied.

No. 93–7803.  LOYA-GUTIERREZ v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 93–7804.  OMENWU v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 93–7807.  PANO v. DEPARTMENT OF VETERANS AFFAIRS. C. A. Fed. Cir.  Certiorari denied.

No. 93–7810.  SNELL v. CITY AND COUNTY OF DENVER ET AL. C. A. 10th Cir.  Certiorari denied.

No. 93–7811.  SINCLAIR v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 93–7812.  SHEPHARD v. UNITED STATES.  C. A. 8th Cir. Certiorari denied.